■ ERIC GOLDSTEIN, Respondent, v MIRIAM ARIAS et al., Appellants.—Order Supreme Court, New York County (Alvin Klein, J.), entered on or about May 22, 1987, and order of said court, entered on September 15, 1987, unanimously affirmed, without costs and without disbursements. The motion by defendants-appellants for an order to stay production of certain financial documents denied. Concur—Kupferman, J. P., Sullivan, Ross, Ellerin and Smith, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HECTOR RAMOS, Appellant.—Judgment, Supreme Court, Bronx County (Edward Davidowitz, J., at suppression hearing, trial and sentence; Fred Eggert, J., at preclusion hearing), rendered on July 16, 1986, unanimously affirmed. The case is remitted to the Supreme Court, Bronx County, for further proceedings pursuant to CPL 460.50 (5). No opinion. Concur—Kupferman, J. P., Sullivan, Ross, Ellerin and Smith, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRED DOUGLAS, Appellant.—Judgment, Supreme Court, New York County (Edwin Torres, J.), rendered on September 14, 1983, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. (See, Anders v California, 386 US 738; People v Saunders, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Kupferman, J. P., Sullivan, Ross, Ellerin and Smith, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TIMOTHY GILLETTE, Appellant.—Judgment, Supreme Court, New York County (Robert Haft, J.), rendered on December 11, 1985, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. (See, Anders v California, 386 US 738; People v Saunders, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Sandler, J. P., Asch, Milonas and Kassal, JJ.